UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                           Case No. 05-cr-220-01-SM

<u>Jean Oriol</u>

O R D E R

Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the April 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than December 28, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:   March 23, 2006 at 1:30 PM

Jury Selection:   April 4, 2006 at 9:30 AM

SO ORDERED.

December 16, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:   Terry Ollila, Esq.
      Paul Garrity, Esq.
      U. S. Probation
      U. S. Marshal