UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                                  Case No. 05-cr-220-01-SM

<u>Jean Oriol</u>


<u>O R D E R</u>


      Defendant's assented-to motion to continue the trial (document no. 15) is granted. Trial has been rescheduled for the July 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 30, 2006. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   June 28, 2006 at 4:30 PM

    Jury Selection:            July 6, 2006 at 9:30 AM

    SO ORDERED.

March 22, 2006

                                       Steven J. McAuliffe
                                       Chief Judge

cc:  Terry Ollila, Esq.
     Paul Garrity, Esq.
     U. S. Probation
     U. S. Marshal